UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 16-cv-60856-MORENO

JUSTIN A. TUTTELMAN, Derivatively on Behalf of PLATFORM SPECIALTY DATA SECURITY INTERNATIONAL, INC.,

Plaintiff,

v.

MARTIN E. FRANKLIN, DANIEL H. LEEVER, WAYNE M. HEWETT, IAN G.H. ASHKEN, NICOLAS BERGGRUEN, MICHAEL F. GOSS, RYAN ISRAEL, and E. STANLEY O'NEAL,

Defendants,

and,

PLATFORM SPECIALTY PRODUCTS CORPORATION,

Nominal Defendant.

# ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND WAIVING NOTICE REQUIREMENT UNDER FRCP 23.1(c)

This cause has come before the Court upon Plaintiff's Motion to Accept Voluntary Dismissal without Prejudice and Waive Notice Requirement of Fed. R. Civ. P. 23.1(c). Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED. Accordingly, it is

ADJUDGED that this case is voluntarily dismissed, without prejudice, and it is further ordered that the notice-to-shareholder requirement under Fed. R. Civ. P. 23.1(c) is hereby waived for good cause shown. It is also

ADJUDGED that all pending motions are DENIED as moot.

DONE AND ORDERED in chambers in Miami, Florida, this ___ day of June, 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies Provided:

Counsel of Record